FILED 10 JUL '24 15:32 USDC-ORP

Preston Berman
2600 Center St. NE
Salem, OR 97301-2669
Telephone: 503.945.2800

Plaintiff, appearing Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

**PRESTON BERMAN**,

    Plaintiff,

v.

**PSYCHIATRIC SECURITY REVIEW BOARD;**
**ALISON BORT**, in her official capacity as
Executive Director of the Oregon Psychiatric
Security Review Board

    Defendant,

Case No: 6:24-CV-1127-MK

MOTION FOR APPOINTMENT OF COUNSEL

I, Preston Jacob Berman, the petitioner in the above-captioned case, respectfully move this Court for the appointment of counsel pursuant to 18 U.S.C. § 3006A(a)(2)(B). I submit this motion based on the following grounds:

1. I have no formal legal background and only learned some court procedures through filing a habeas corpus petition and drafting a 42 U.S.C. § 1983 complaint arguing that the Oregon PSRB laws are unconstitutional. Those cases were unsuccessful.

PAGE 1 - MOTION FOR APPOINTMENT OF COUNSEL

2. I am currently confined at the Oregon State Hospital, where we experience lockdowns due to COVID-19 and flu outbreaks. During these lockdowns, I lose access to computers, which can last for days sometimes longer than a week. During these restrictions my ability to review documents or check the docket myself through PACER are restricted. Additionally, I may not be able to print all of the discovery to read later because I only have limited computer time. OSH has removed patient computers from bedrooms.

3. If I miss a deadline or make a procedural error, it could be catastrophic for my case.

4. Appointing counsel would assist in ensuring that this case is judged on its merits without the limitations of my non-legal background.

5. I have spent almost all of my savings hiring a lawyer for the 42 U.S.C. § 1983 case. It is difficult to find a lawyer for mental health cases. I emailed about 100 attorneys for the 42 U.S.C. § 1983 case, and only one agreed to take it.

For these reasons, I respectfully request that this Court appoint counsel to assist me in this case.

DATED: May 14, 2024.

                      Respectfully submitted,

                      *Preston Berman*

                      Preston Berman
                      2600 Center St. NE
                      Salem, OR 97301-2669
                      Telephone: 971.945.2800

                      Plaintiff, appearing Pro Se