AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

PRESTON BERMAN

*Plaintiff(s)*

v.

PSYCHIATRIC SECURITY REVIEW BOARD;
ALISON BORT, in her official capacity as
Executive Director of the Oregon Psychiatric
Security Review Board

*Defendant(s)*

Civil Action No. 6:24-cv-1127-MK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PSYCHIATRIC SECURITY REVIEW BOARD
c/o Oregon Attorney General
158 12th Street NE
Salem, OR 97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Preston Berman
2600 Center St. NE
Salem, OR 97301-2669
Telephone: 503.947.2704
Plaintiff, appearing Pro Se

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MELISSA AUBIN, Clerk of Court

Date: 07/11/2024

By: s/S.Sellers, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

PRESTON BERMAN )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 6:24-cv-1127-MK
PSYCHIATRIC SECURITY REVIEW BOARD; )
ALISON BORT, in her official capacity as )
Executive Director of the Oregon Psychiatric )
Security Review Board )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ALISON BORT
c/o Oregon Attorney General
158 12th Street NE
Salem, OR 97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Preston Berman
2600 Center St. NE
Salem, OR 97301-2669
Telephone: 503.947.2704
Plaintiff, appearing Pro Se

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MELISSA AUBIN, Clerk of Court

Date: 07/11/2024

By: s/S.Sellers, Deputy Clerk