Filed Jo
REC'VD 22 JUL '24 10:45 USDC-ORE

Preston Berman
2600 Center St. NE
Salem, OR 97301

7/17/24

Clerk of Court
Wayne L. Morse Courthouse
405 East Eighth Ave.
Eugene, OR 97401

PRESTON BERMAN Plaintiff,
v.
PSYCHIATRIC SECURITY REVIEW BOARD, et al. Defendant.

Case No.: 6:24-cv-01127-MK

Dear Clerk of Court,

I am writing to inform you that I have served the summons on both defendants in my case: Alison Bort and the Psychiatric Security Review Board. The service was carried out on July 16, 2024, at 4:01 PM at 6400 SE Lake Road Suite 375, Portland, OR 97222.

Alison Bort is designated by law to accept service of process on behalf of the Psychiatric Security Review Board. Therefore, I have only one proof of service document.

Please let me know if this single proof of service is sufficient for both defendants or if any additional documentation or steps are required.

Thank you for your assistance.

Sincerely,

Preston Berman