AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **6:24-CV-01127-MK**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **ALISON BORT**
was recieved by me on  **7/16/2024**:

- [X]  I personally served the summons on the individual at **6400 SE Lake Road, Suite 375, Portland, OR 97222** on **07/16/2024 at 4:24 PM**; or

- [ ]  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ]  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ]  I returned the summons unexecuted because ; or

- [ ]  Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:  07/17/2024

*Server's signature*

**Joseph McNamee**
*Printed name and title*

**12601 SE River Road
Unit 101
Milwaukie, OR 97222**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Alison Bort, Executive Director with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 45-55 years of age, 5'4"-5'6" tall and weighing 80-120 lbs.**



Tracking #: 0138083829

