AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   **6:24-CV-01127-MK**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **PSYCHIATRIC SECURITY REVIEW BOARD**
was recieved by me on **7/16/2024:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Alison Bort,** who is designated by law to accept service of process on behalf of **PSYCHIATRIC SECURITY REVIEW BOARD** at **6400 SE Lake Road Suite 375, Portland, OR 97222** on **07/16/2024 at 4:01 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:  07/16/2024

*Server's signature*

**Joseph McNamee**
Printed name and title

**12601 SE River Road
Unit 101
Milwaukie, OR 97222**

*Server's address*

Additional information regarding attempted service, etc:

**Served to Bethany Quist, Admin. Specialist person authorized to accept.**



Tracking #: **0137981491**

