ELLEN F. ROSENBLUM
Attorney General
JILL SCHNEIDER  #001619
Senior Assistant Attorney General
JAMES M. AARON #132865
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Jill.Schneider@doj.oregon.gov
         James.Aaron@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| Berman, Preston, | Case No.  6-24-cv-01127-MK |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| PSYCHIATRIC SECURITY REVIEW BOARD; ALISON BORT, in her official capacity as Executive Director of the Oregon Psychiatric Security Review Board, | |
| Defendants. | |

TO: The Clerk of the Court and All Parties of Record:

Page 1 -    NOTICE OF APPEARANCE
            JS/s5h/966465644

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

PLEASE ENTER THE APPEARANCE of Jill Schneider as counsel of record for Defendants Psychiatric Security Review Board and Alison Bort in this proceeding.

DATED July 30, 2024.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

_s/ Jill Schneider_
JILL SCHNEIDER #001619
Senior Assistant Attorney General
JAMES M. AARON #132865
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Jill.Schneider@doj.oregon.gov
James.Aaron@doj.oregon.gov
Of Attorneys for Defendants

Page 2 -   NOTICE OF APPEARANCE
JS/s5h/966465644

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

I certify that on July  30, 2024, I served the foregoing NOTICE OF APPEARANCE upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Preston Berman | ___ HAND DELIVERY |
| 2600 Center Street NE | _X_ MAIL DELIVERY |
| Salem, OR 97301 | ___ OVERNIGHT MAIL |
| *Pro Se Plaintiff* | ___ TELECOPY (FAX) |
| | _X_ E-MAIL |
| | ___ E-SERVE |

                *s/ Jill Schneider*
JILL SCHNEIDER #001619
Senior Assistant Attorney General
JAMES M. AARON #132865
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Jill.Schneider@doj.oregon.gov
James.Aaron@doj.oregon.gov
Of Attorneys for Defendants

Page 1 -   CERTIFICATE OF SERVICE
JS/s5h/966466698

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000