ELLEN F. ROSENBLUM
Attorney General
JILL SCHNEIDER  #001619
Senior Assistant Attorney General
JAMES M. AARON #132865
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Jill.Schneider@doj.oregon.gov
             James.Aaron@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Berman, Preston,<br><br>         Plaintiff,<br><br>     v.<br><br>PSYCHIATRIC SECURITY REVIEW BOARD; ALISON BORT, in her official capacity as Executive Director of the Oregon Psychiatric Security Review Board,<br><br>         Defendants. | Case No.  6-24-cv-01127-MK<br><br>DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER |

### LR 7-1(a)(1)(A) CERTIFICATE OF CONFERRAL

Defense counsel certifies that plaintiff is *pro se*. I have mailed a letter to plaintiff, notifying him of my appearance in this matter, and my intent to seek an extension to file an Answer or other responsive pleading in this matter. I will notify the court of any objections I receive.

Page 1 -    DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER
                JS/s5h/966465644

## MOTION

The current deadline to file an Answer in this case is **July 6, 2024**. (Order, Dkt. #11).

Defendants make this limited appearance through undersigned counsel to move the Court for an order granting a forty-five (45) day extension of time, up to and including **August 20, 2024,** within which to file an Answer or other responsive pleading.

This motion is supported by the attached declaration of Jill Schneider, Senior Assistant Attorney General, and the records and files herein.

DATED July 30, 2024.

        Respectfully submitted,

        ELLEN F. ROSENBLUM
        Attorney General


        *s/ Jill Schneider*
        JILL SCHNEIDER #001619
        Senior Assistant Attorney General
        JAMES M. AARON #132865
        Assistant Attorney General
        Trial Attorneys
        Tel (971) 673-1880
        Fax (971) 673-5000
        Jill.Schneider@doj.oregon.gov
        James.Aaron@doj.oregon.gov
        Of Attorneys for Defendants

Page 2 -    DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER
JS/s5h/966465644

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

I certify that on July  30, 2024, I served the foregoing DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Preston Berman<br>2600 Center Street NE<br>Salem, OR 97301<br>　　*Pro Se Plaintiff* | ___ HAND DELIVERY<br> X  MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br> X  E-MAIL<br>___ E-SERVE |

　　　　　　　　　　　　　　　　　　　　*s/ Jill Schneider*
　　　　　　　　　　　　　　　　　　JILL SCHNEIDER #001619
　　　　　　　　　　　　　　　　　　Senior Assistant Attorney General
　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　Tel (971) 673-1880
　　　　　　　　　　　　　　　　　　Fax (971) 673-5000
　　　　　　　　　　　　　　　　　　Jill.Schneider@doj.oregon.gov
　　　　　　　　　　　　　　　　　　Of Attorneys for Defendants

Page 1 -　CERTIFICATE OF SERVICE
　　　　　JS/s5h/966466698

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000