ELLEN F. ROSENBLUM
Attorney General
JILL SCHNEIDER #001619
Senior Assistant Attorney General
JAMES M. AARON #132865
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Jill.Schneider@doj.oregon.gov
       James.Aaron@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Berman, Preston,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PSYCHIATRIC SECURITY REVIEW BOARD; ALISON BORT, in her official capacity as Executive Director of the Oregon Psychiatric Security Review Board,<br><br>　　　　Defendants. | Case No. 6-24-cv-01127-MK<br><br>DECLARATION OF JILL SCHNEIDER IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER |

　　　　I, Jill Schneider, make the following declaration in support of the Motion to Extend Time to file an Answer:

　　　　1.　　I am a Senior Assistant Attorney General with the Trial Division of the Oregon Department of Justice and counsel of record for defendants Psychiatric Security Review Board and Alison Bort in this matter.

Page 1 -　DECLARATION OF JILL SCHNEIDER IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER
　　　　JS/s5h/966465644

2. Defendants were served on July 16, 2024, and I entered an appearance on July 30, 2024.

3. Additional time is required to collect and review file materials and consult with the clients regarding the substance of the complaint.

4. I mailed a letter to plaintiff, who is appearing pro se, informing him of my intent to seek an extension to file an answer. I do not have an email address for plaintiff.

5. I will notify the court of any response I receive from the plaintiff.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on July  30, 2024.

*s/ Jill Schneider*
JILL SCHNEIDER
Senior Assistant Attorney General

Page 2 -   DECLARATION OF JILL SCHNEIDER IN SUPPORT OF DEFENDANTS' MOTION
           FOR EXTENSION OF TIME TO ANSWER
           JS/s5h/966465644

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

      I certify that on July  30, 2024, I served the foregoing DECLARATION OF JILL SCHNEIDER IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Preston Berman<br>2600 Center Street NE<br>Salem, OR 97301<br>    *Pro Se Plaintiff* | ___ HAND DELIVERY<br> X  MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br> X  E-MAIL<br>___ E-SERVE |

          *s/ Jill Schneider*
JILL SCHNEIDER #001619
Senior Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
Jill.Schneider@doj.oregon.gov
Of Attorneys for Defendants

Page 1 -   CERTIFICATE OF SERVICE
        JS/s5h/966466698