# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **PRESTON BERMAN**<br>    Plaintiff, | Case No.: 6:24–cv–01127–MK |
| **v.** | **ORDER DENYING APPLICATION FOR CM/ECF REGISTRATION** |
| **PSYCHIATRIC SECURITY REVIEW BOARD, et al.**<br>    Defendant. | |

Following consideration of Plaintiff Preston Berman's application to become a Registered User in the Court's Case Management/Electronic Case Files (CM/ECF) system,

**IT IS HEREBY ORDERED** that the application of Plaintiff is denied.

**DATED** this 16th day of August, 2024        /s/Mustafa T. Kasubhai

Honorable Mustafa T. Kasubhai
United States Magistrate Judge.