IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Berman, Preston<br><br>      Plaintiff,<br><br>    V.<br><br>PSYCHIATRIC SECURITY REVIEW BOARD; ALISON BORT, in her official capacity as Executive Director of the Oregon Psychiatric Security Review Board,<br><br>      Defendants. | Case No. 6-24-cv-01127-MK |

### Consent to Jurisdiction by a Magistrate Judge
### And Designation of the Normal Appeal Route

    Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

DATED:  September 3, 2024

    Signature: *s/ Jill Schneider*
    Name and Bar Number: Jill Schneider #001619
    Email Address: Jill.Schneider@doj.state.or.us
    Firm Name: Oregon Department of Justice
    Mailing Address: 100 SW Market St.
    City, State Zip: Portland, OR 97201
    Party Represented:    Defendants

[Rev. 01/2018]

# CERTIFICATE OF SERVICE

I certify that on September  3, 2024, I served the foregoing CONSENT TO MAGISTRATE upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Preston Berman<br>2600 Center Street NE<br>Salem, OR 97301<br>    *Pro Se Plaintiff* | ___ HAND DELIVERY<br> X  MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br> X  E-MAIL<br>___ E-SERVE |

    *s/ Jill Schneider*
JILL SCHNEIDER #001619
Senior Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
Jill.Schneider@doj.oregon.gov
Of Attorneys for Defendants

Page 1 -   CERTIFICATE OF SERVICE
          JS/s5h/966466698

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

FILED 22 JUL '24 10:45 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**PRESTON BERMAN**  Case No.: 6:24-cv-01127-MK
    Plaintiff,

v.

**PSYCHIATRIC SECURITY REVIEW BOARD,**
et al.
    Defendant.

### Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route

    Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

**DATED:** _____

Signature: *[signature]*
Name and OSB ID: Preston Berman
E-mail Address: _____
Firm Name: _____
Mailing Address: 2600 Center St. NE
City, State, Zip: Salem, OR, 97301
Parties Represented: Preston Berman