

*UNITED STATES DISTRICT COURT*
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

Date of Reassignment:     November 25, 2024

Case Number:     6:24−cv−01127−MTK

Case Title:     Berman v. Psychiatric Security Review Board et al

**(A)     Case Reassignment:** In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Mustafa Kasubhai to the Honorable Mustafa T. Kasubhai, United States District Judge. Information on this case may be obtained from the following:

Case Status or Scheduling Information:     541−431−4100

Filing or Docket Entry Information:     Telephone: 541−431−4100

**(B)     Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Wayne L. Morse Courthouse, 405 East Eighth Ave., Eugene, OR, 97401.

**(C)     Change to the Case Number:** Effective immediately, Judge Kasubhai's initials (MTK) will replace the previous judge's initials in this case.

**MELISSA AUBIN**
**Clerk of Court**

cc:     Judge Kasubhai
         Counsel of Record