Preston Berman <pberman33@gmail.com>

## Request to File PSRB Exhibits 1–422 Under Seal via ECF

Schneider Jill <Jill.Schneider@doj.oregon.gov>                    Fri, Mar 14, 2025 at 10:29 AM
To: Preston Berman <pberman33@gmail.com>
Cc: Aaron James <James.Aaron@doj.oregon.gov>, Ballard Jackie <Jackie.Ballard@doj.oregon.gov>, Sasha Danielson <Sasha.Danielson@doj.oregon.gov>

Mr. Berman, I have removed the court from this email chain.

When we file responsive pleadings or motions which require exhibits, we will comply with the terms of the protective order in place for this matter.

**Jill Schneider**

Senior Assistant Attorney General

971.222.6081

**NOTE NEW EMAIL ADDRESS**

Jill.Schneider@doj.oregon.gov

---

**From:** Preston Berman <pberman33@gmail.com>
**Sent:** Friday, March 14, 2025 10:09 AM
**To:** Schneider Jill <Jill.Schneider@doj.oregon.gov>
**Cc:** Aaron James <James.Aaron@doj.oregon.gov>; Ballard Jackie <Jackie.Ballard@doj.oregon.gov>; Sasha Danielson <Sasha.Danielson@doj.oregon.gov>; kasubhai_crd@ord.uscourts.gov
**Subject:** Request to File PSRB Exhibits 1–422 Under Seal via ECF

> **\*CAUTION EXTERNAL EMAIL\*** This email originated from outside of DOJ. Treat attachments and links with caution. **\*CAUTION EXTERNAL EMAIL\***

Dear AAG Schneider,

I'm writing to request that you electronically file PSRB Exhibits 1-422 with the court, under seal via the ECF system. These exhibits consist of several thousand pages of important documentation, and it's critical that the court has access to the complete record to make informed decisions on the pending matters.

Given the volume of material, filing these exhibits electronically and under seal would ensure confidentiality and completeness of the record, which is essential for accurate judicial review.

Please complete this filing as soon as possible to facilitate timely and thorough consideration by the court.

Thank you very much for your cooperation.

Respectfully,

Preston Berman

2600 Center St. NE

Salem, OR 97301-2669

Telephone: (503) 947-3764

Plaintiff, appearing Pro Se

***** CONFIDENTIALITY NOTICE ***** This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and any attachments from your system. *************************************