DAN RAYFIELD
Attorney General
JILL SCHNEIDER  #001619
Senior Assistant Attorney General
JAMES M. AARON #132865
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Jill.Schneider@doj.oregon.gov
             James.Aaron@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Berman, Preston,<br><br>  Plaintiff,<br><br>  v.<br><br>PSYCHIATRIC SECURITY REVIEW BOARD; ALISON BORT, in her official capacity as Executive Director of the Oregon Psychiatric Security Review Board,<br><br>  Defendants. | Case No.  6-24-cv-01127-MTK<br><br>RESPONSE TO MOTION TO FILE AMENDED COMPLAINT |

In response to Plaintiff's Motion to file Amended Complaint, defendants have no objection.

Page 1 -   RESPONSE TO MOTION TO FILE AMENDED COMPLAINT
   JS/bm6/966465644

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Defendants stipulate that the Amended Complaint is the effective Complaint in this matter.

DATED April 11, 2025.

Respectfully submitted,

DAN RAYFIELD
Attorney General

*s/ Jill Schneider*
JILL SCHNEIDER #001619
Senior Assistant Attorney General
JAMES M. AARON #132865
Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
Jill.Schneider@doj.oregon.gov
James.Aaron@doj.oregon.gov
Of Attorneys for Defendants

Page 2 -   RESPONSE TO MOTION TO FILE AMENDED COMPLAINT
JS/bm6/966465644

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

      I certify that on April  11, 2025, I served the foregoing RESPONSE TO MOTION TO FILE AMEND COMPLAINT upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Preston Berman | ___ HAND DELIVERY |
| 2600 Center Street NE |  X  MAIL DELIVERY |
| Salem, OR 97301 | ___ OVERNIGHT MAIL |
|     *Pro Se Plaintiff* | ___ TELECOPY (FAX) |
| |  X  E-MAIL |
| | ___ E-SERVE |

                                *s/ Jill Schneider*
                                JILL SCHNEIDER #001619
                                Senior Assistant Attorney General
                                JAMES M. AARON # 132865
                                Assistant Attorney General
                                Trial Attorney
                                Tel (971) 673-1880
                                Fax (971) 673-5000
                                Jill.Schneider@doj.oregon.gov
                                James.Aaron@doj.oregon.gov
                                Of Attorneys for Defendants

Page 1 -   CERTIFICATE OF SERVICE
          JS/s5h/966466698

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000