Preston Berman
2600 Center St. NE
Salem, OR 97301-2669
Telephone: (503) 947-3764

FILED 23 JUL '25 1056 USDC-ORE

Plaintiff, appearing Pro Se


UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
Eugene Division

| | |
|---|---|
| Preston Berman, | Case No: 6:24-CV-01127-MTK |
| Plaintiff, | Motion for appointment Of counsel |
| v. | |
| Psychiatric Security Review Board; Alison Bort, | |
| Defendants | |


Page 1   Motion For Appointment Of Counsel

Dear United States District Judge

Mustafa T Kasubhai,

I am writing to notify the

court that the Defendants

via custody at Oregon State Hospital

have removed my internet and

AI privileges. This significantly

reduces my ability to litigate

this case Pro Se.

It rises to the extrordinary circumstances.

requiring the appointment of counsel.

Due to the status of the case
I forsee needing to oppose a rule
62 motion after summary judgement
is awarded.

Respectfully Submitted,  July 15, 2025

Page 2 

Preston J. Berman

Preston Berman
2600 center st. NE
salem, OR 97301

Clerk
US District Court
405 East Eighth Avenue
Eugene, Oregon 97401-2706

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS
LEGAL FLAT RATE ENVELOPE
POSTAGE REQUIRED

# PRIORITY
## MAIL
# EXPRESS®

**LEGAL FLAT
RATE ENVELOPE**

ONE RATE ◼ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

PS10001000059

EP13L October 2023
OD: 15 X 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

*Money Back Guarantee for U.S. destinations only.



UNITED STATES
POSTAL SERVICE®     **USPS APIs**

usps.com

US POSTAGE

U.S. POSTAGE PAID

Mailed from 97301

**E**

**PRIORITY MAIL EXPRESS®**

http://pe.usps.com.

OREGON HEALTH AUTHORITY
PRESTON BERMAN
2600 CENTER ST NE DOCK 4
SALEM OR 97301-2669          RDC 07

SIGNATURE REQUIRED

CLERK, US DISTRICT COURT
405 E 8TH AVE RM 5500
EUGENE OR 97401-2706

**USPS SIGNATURE TRACKING # USPS Ship**

9281 7902 2008 6400 0344 30

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP13L © U.S. Postal Service; October 2023; All rights reserved.