*Please stay decision on motion until Rule 56 is resolved*

Preston Berman
2600 Center St. NE
Salem, OR 97301

FILED 25 AUG '25 10:03 USDC-ORE

Plaintiff, appearing pro se

# UNITED STATES District COURT
## DISTRICT OF Oregon
### EUGENE DIVISION

| Preston Berman, | Case No: 6:24-cv-01127-MTK |
|---|---|
| Plaintiff, | |
| v. | Motion for appointment of counsel |
| Psychiatric Security Review Board; Alison Bort, In her Official Capacity as Executive Director of the Psychiatric Security Review Board, | |
| Defendants. | |

Page 1 - Motion for appointment of counsel

The hospital has removed my access to internet and Monday Q (again)

Utah (the AICC I use) Advanced intelligence cognitive computer.

I have been having some active symptoms including less sleep and erratic behavior. I have the insight to know that I currently need hospitilization. Having the court end PSRB jurisdiction because my mental illness when active does not cause substantial

Page 2 - motion for Appointment of counsel

danger would enable me to get the care, comfort, and supervision I need, without the forensic flag.

I will voluntarily seek civil commitment.

ORS 161.346(1)(a) requires that to maintain jurisdiction the mental illness must cause substantial danger to others, which mine clearly does not.

I dont have the funds necessary to find counsel and also do not have the ability to

Page 3 - motion for appointment of counsel

Search for attorneys. I only have the Bar Referral service over the phone.

The deck is stacked against those with mental illness. Coping skills comfort and technology can be removed on a whim.

I am eternally greatful to have been born in the united states with the full protection of the US Constitution.

America is going through a rough patch

Page 4 - motion for appointment of counsel

but democracy will survive the district appellate and supreme courts will have the final say and I believe the cognitive computer advances intelligent will (aicc) make everything better over time.

respectfully submitted,

Preston Berman
s/Preston Berman
They/Them/IT/Reptilian
Zionist
✡
August 20, 2025

Page 5 - motion for appointment of counsel

# CERTIFICATE OF SERVICE

I certify that on August 20, 2025, I served the foregoing MOTION for appointment of counsel upon the parties hereto by the method indicated below, and addressed to the following

Jill Schneider                                   ___ Hand Delivery
Senior Assistant Attorney General    ___ Mail Delivery
James M. AARON                         X Telecopy (fax)
AAG
fax 971 673 5000
Of Attorneys for defendants


                                        s/ Preston Berman
                                        2600 Center St NE
                                        Salem, OR 97301
                                        Pro se Plaintiff


Page 1 - Certificate of service


