PRESTON BERMAN
2600 Center St. NE
Salem, OR 97301-2669
Telephone: (503) 947-3764

FILED 09 OCT '25 11:47 USDC-ORE

Plaintiff, appearing Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **PRESTON BERMAN,**<br><br>Plaintiff,<br><br>v.<br><br>**PSYCHIATRIC SECURITY REVIEW BOARD;**<br>**ALISON BORT,** in her official capacity as<br>Executive Director of the Oregon Psychiatric<br>Security Review Board,<br><br>Defendants. | Case No: 6:24-cv-01127-MTK<br><br>NOTICE REGARDING PRIOR MOTION<br>(ECF NO. 75) AND CURRENT STATUS |

PAGE 1 - NOTICE REGARDING PRIOR MOTION (ECF NO. 75) AND CURRENT STATUS

Plaintiff respectfully submits this notice to inform the Court of circumstances surrounding the motion filed on August 25, 2025 (ECF No. 75).

At the time of filing, Plaintiff was experiencing a mental health relapse and had been transferred to a higher-acuity unit within the hospital. As a result, Plaintiff's ability to prepare and present filings to the Court was significantly impaired.

Plaintiff has since been stable for more than thirty (30) days. The hospital has recommended Plaintiff's transfer back to a lower level of care, and Plaintiff is currently awaiting a bed for that placement. Plaintiff has complied with all interventions offered by the hospital and is committed to managing their bipolar disorder responsibly. Plaintiff respectfully notes that these interventions would also have been accepted in the community if available.

Plaintiff apologizes for any confusion or difficulty caused by the prior motion and respectfully asks the Court to consider this notice when reviewing the record.

DATED: October 2, 2025.

                                        Respectfully submitted,

                                        s/ *Preston Berman*
                                        PRESTON BERMAN
                                        2600 Center St. NE
                                        Salem, OR 97301-2669
                                        Telephone: (503) 947-3764

                                        Plaintiff, appearing Pro Se

## CERTIFICATE OF SERVICE

I certify that on October 2, 2025, I served the foregoing NOTICE REGARDING PRIOR MOTION (ECF NO. 75) AND CURRENT STATUS upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| DAN RAYFIELD<br>Attorney General<br>JILL SCHNEIDER #001619<br>Senior Assistant Attorney General<br>JAMES M. AARON #132865<br>Assistant Attorney General<br>Department of Justice<br>100 SW Market Street<br>Portland, OR 97201<br>Telephone: (971) 673-1880<br>Fax: (971) 673-5000<br>Email: Jill.Schneider@doj.oregon.gov<br>Email: James.Aaron@doj.oregon.gov | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>_X_ E-MAIL<br>___ E-SERVE |

Attorneys for Defendants

DATED: October 2, 2025.    Respectfully submitted,

s/ *Preston Berman*
PRESTON BERMAN
2600 Center St. NE
Salem, OR 97301-2669
Telephone: (503) 947-3764

Plaintiff, appearing Pro Se

PAGE 1 - CERTIFICATE OF SERVICE