UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| PRESTON BERMAN, | Case No. 6:24-cv-01127-MTK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| PSYCHIATRIC SECURITY REVIEW BOARD; ALISON BORT, *in her official capacity as Executive Director of the Oregon Psychiatric Security Review Board*, | |
| Defendants. | |

**KASUBHAI,** United States District Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice. Judgment is entered in favor of defendants. Pending motions, if any, are denied as moot.

DATED this <u>3rd</u> day of November 2025.

                                                    s/ Mustafa T. Kasubhai
                                                   MUSTAFA T. KASUBHAI (he/him)
                                                   United States District Judge