FILED 02 DEC '25 11:23 USDC-ORE

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 6:24-cv-01127-MTK

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 07/10/24

Date of judgment or order you are appealing: 11/03/25

Docket entry number of judgment or order you are appealing: 79

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☐ Yes    ☒ No    ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

PRESTON BERMAN

Is this a cross-appeal? ☐ Yes  ☒ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ☐ Yes  ☒ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

2600 CENTER ST. NE

City: SALEM    State: OR    Zip Code: 97301

Prisoner Inmate or A Number (if applicable):

**Signature** PRESTON BERMAN    **Date** 11/10/25

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1    Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
PRESTON BERMAN

Name(s) of counsel (if any):

Address: 2600 CENTER ST. NE, SALEM, OR 97301
Telephone number(s): (503) 947-3764
Email(s): pberman33@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ● No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
PSYCHIATRIC SECURITY REVIEW BOARD
ALISON BORT, in her official capacity as Executive Director of the Oregon Psychiatric Security Review Board

Name(s) of counsel (if any):
JILL SCHNEIDER #001619
JAMES M. AARON #132865

Address: Department of Justice, 100 SW Market Street, Portland, OR 97201
Telephone number(s): (971) 673-1880
Email(s): Jill.Schneider@doj.oregon.gov James.Aaron@doj.oregon.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                   *1*                               New 12/01/2018